CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Certain Deeds of Trust Dated August 15, 1919, Made by WILLIAM WALDORF ASTOR, Appellant, v. THE BANK OF UNITED STATES and Another, Respondents.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM SIEGRIST, JR., as Trustee in Bankruptcy of REES, SCULLY & FORSHAY, INC., Appellant, v. FLORENCE S. ERSKINE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of GEORGE E. WOBBER, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent.— Order of certiorari unanimously dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALBERT BEHAR, an Infant, by DAVID BEHAR, His Guardian ad Litem, and DAVID BEHAR, Individually, Respondents, v. JOHN MEEHAN & SON, INC., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there was no proof as to how the accident happened. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FANNIE HECHT, Respondent, v. ISAAC T. FLATTO, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA KENNEDY, Appellant, v. LONG ISLAND CITY SAVINGS BANK, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSENSTOCK FUNERAL PARLOR, INC., Respondent, v. JESSE L. ROSENBERG (Also Known as JESSE ROSENBERG) and Others, Appellants, Impleaded with Others.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MICHAEL J. HIGGINS, Respondent, v. NEW YORK FLORISTS SUPPLY CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent and vote to reverse and dismiss the complaint.

HENRY BERN, Appellant, v. BENJAMIN H. KAUFMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BERTHA HUBERT and NELLIE FISHER, Respondents, v. CARLL TUCKER, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P J., Townley, Glennon, Untermyer and Dore, JJ.